**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BOSTON, MA                                    CIVIL ACTION NO. 1:23-CV-10722-PGL

| | |
|---|---|
| William Hurley, as he is Administrator of, and on behalf, of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, Education Funds, and other Funds, ("**Mr. Hurley**") and The International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, Local 7, ("**Union**") Plaintiffs, v. Andella Iron, Inc., ("**Andella Iron**") and Carlos Perlera ("**Mr. Perlera**") Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT MOTION & AGREEMENT FOR THIS ENTRY OF JUDGMENT**
**IN THE AMOUNT OF $165,000 AS TO COUNTS I, II, AND V OF THE COMPLAINT**
**IN FAVOR OF THE PLAINTIFFS, AGAINST EACH DEFENDANT**

Now come the Parties in the above-entitled action, by their attorneys, and hereby jointly move, stipulate, and agree that this Court enter Judgment in the sum of $165,000.00 (One Hundred and Sixty-Five Thousand Dollars), payable in accord with the Parties' Settlement Agreement, as to Counts I, II, and V recited in the Complaint (D. 1) in favor of the Plaintiffs against each of the Defendants, severally, and all inclusive of damages, interest, attorney fees, and costs. The Parties waive all rights to appeal.

In Support:

1. The Parties have finally agreed as to settlement terms and have a Settlement Agreement, pending approval of this Motion and the accompanying motion to dismiss the remaining counts, reserving rights as recited therein.

2. Defendants have provided an affidavit that any amount higher than the $165,000 (and the $25,000 recited in an indemnity provision of the Settlement Agreement) would force Defendants out of business to seek relief under the bankruptcy code. A likelihood of no recovery at all is at risk to the Plaintiffs in the event of a bankruptcy order favorably discharging or otherwise adversely effecting Plaintiffs' claims.

3. The Parties request an expedited telephone conference regarding this Motion and to further effectuate settlement, should the Court so desire.

4. A Proposed Order is attached hereto.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, Mr. Hurley, in his capacity as Funds Administrator for the Trustees of the Benefit Funds<br>By their Attorney, | Defendants, By and through their attorney<br><br>/s/ *Kier Wachterhauser* |
| /s/ *Mickey Long*<br>Mickey Long, BBO #634388<br>PO Box E-1<br>193 Old Colony Ave.<br>Boston, MA 02127<br>Tel. 617-269-0229<br>mickeylong@wagelaw.net | Kier Wachterhauser, Esq. (BBO #: 681772)<br>Murphy Hesse Toomey & Lehane, LLP<br>50 Braintree Hill Office Park, Suite 410<br>Braintree, MA 02184<br>Tel: (617) 479-5000<br>kwachterhauser@mhtl.com |

**CERTIFICATE OF SERVICE**

I, Mickey Long, certify that on this 27th day of February 2024, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any party that has entered an appearance by electronically serving its counsel of record or *via* email.

　　　　　　　　　　/s/ *Mickey Long*
　　　　　　　　　　Mickey Long