**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BOSTON, MA                                                CIVIL ACTION NO. **1:23-CV-10722-PGL**

| | |
|---|---|
| William Hurley, as he is Administrator of, and on behalf, of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, Education Funds, and other Funds, ("**Mr. Hurley**") and The International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, Local 7, ("**Union**") Plaintiffs, v. Andella Iron, Inc., ("**Andella Iron**") and Carlos Perlera ("**Mr. Perlera**") Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**
**ENTRY OF JUDGMENT AS TO COUNTS I, II, AND V OF THE COMPLAINT**

After considering the Motion filed by the Parties (D. 23) seeking this Order, Judgment for the Plaintiffs is hereby **ORDERED** to be entered by the Clerk in the sum of $165,000.00 (One Hundred and Sixty-Five Thousand Dollars), payable in accord with the Parties' Settlement Agreement, as to Counts I, II, and V recited in the Complaint (D. 1), against the Defendants, jointly and severally, and all inclusive of damages, interest, attorney fees, and costs, per agreement of the Parties. Also, per that agreement, Defendants waive all rights to appeal.

So **ORDERED,**

Dated: February 27, 2024                    /s/ Paul G. Levenson
                                                             The Honorable Paul G. Levenson,
                                                             United States District Magistrate Judge

1